UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAZMIN HARRIS,<br>    Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | No. 1:20-cv-417<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court affirmed the final decision of the Defendant Commissioner and resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

  **THIS ACTION IS TERMINATED.**

  **IT IS SO ORDERED.**

Date: February 3, 2021              /s/ Paul L. Maloney
                              Paul L. Maloney
                              United States District Judge